IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JEFFERSON FABRICIO CEVALLOS RIVERA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-147-KC |
| MARY DE ANDA-YBARRA et al., | § § § | |
| Respondents. | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 3, 2026, the Court granted in part Jefferson Fabricio Cevallos Rivera's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 3, 2026, Order 2, ECF No. 4.

On February 10, Cevallos Rivera filed a Motion for Contempt, ECF No. 5, arguing that Respondents had failed to comply with the Court's Order because, at the February 10 scheduled bond hearing, the Immigration Judge denied bond for lack of jurisdiction, and Respondents had not released him. And requesting that the Court order his immediate release. *Id.* at 2.

On February 11, Respondents informed the Court that Cevallos Rivera was released from custody on February 10. 2d Advisory, ECF No. 10; *see id.* Ex. A ("Release Order"), ECF No. 10-1. Thus, Cevallos Rivera's Motion is now moot.

It appears that the only remaining matter to be resolved in this case is Cevallos Rivera's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet.

28, ECF No. 1; *see generally* Feb. 3, 2026, Order.  However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA.  *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, the Court **ORDERS** that Cevallos Rivera's Motion, ECF No. 5, is **DENIED** as moot.  **The Clerk shall close the case**.  To the extent Cevallos Rivera wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED** this 13th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2